# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Sergio Delarosa | )<br>)<br>)<br>) |
| Date of Original Judgment:    01/26/2012<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | )<br>) |

Case No:   1:10CR00190-001

USM No:   09777-028

Jeffrey A. Baldwin

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   147   months **is reduced to**   116 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/26/2012   shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 03/30/2015

Effective Date:   11/01/2015
*(if different from order date)*

*Larry J. McKinney*

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana